IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Foulks, Sheila

Printed: 4/15/08

Case Number: 07 B 20682
Judge: Hollis, Pamela S
Filed: 11/6/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: March 3, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Indymac Bank | Secured | 0.00 | 0.00 |
| 2. | Indymac Bank | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 4. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 5. | Washington Mutual | Secured | 0.00 | 0.00 |
| 6. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 7. | Washington Mutual | Secured | 0.00 | 0.00 |
| 8. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 9. | Indymac Bank | Secured | 0.00 | 0.00 |
| 10. | Wells Fargo Auto Finance | Secured | 0.00 | 0.00 |
| 11. | American Home Mortgage | Secured | 16,000.00 | 0.00 |
| 12. | Indymac Bank | Secured | 15,000.00 | 0.00 |
| 13. | CitiMortgage Inc | Secured | 5,000.00 | 0.00 |
| 14. | Portfolio Recovery Associates | Unsecured | 178.76 | 0.00 |
| 15. | American Express | Unsecured | 582.44 | 0.00 |
| 16. | American Express | Unsecured | 23.61 | 0.00 |
| 17. | Merrick Bank | Unsecured | 351.85 | 0.00 |
| 18. | ECast Settlement Corp | Unsecured | 121.86 | 0.00 |
| 19. | American Home Mortgage | Secured |  | No Claim Filed |
| 20. | Deutsche Bank National | Secured |  | No Claim Filed |
| 21. | American Home Mortgage | Secured |  | No Claim Filed |
| 22. | Washington Mutual Bank FA | Secured |  | No Claim Filed |
| 23. | Citibank | Unsecured |  | No Claim Filed |
| 24. | Citibank | Unsecured |  | No Claim Filed |
| 25. | Capital One | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Foulks, Sheila

Printed: 4/15/08

Case Number: 07 B 20682
Judge: Hollis, Pamela S
Filed: 11/6/07

| | | | | |
|---|---|---|---|---|
| 26. | Capital One | Unsecured | | No Claim Filed |
| 27. | Citibank | Unsecured | | No Claim Filed |
| 28. | Citibank | Unsecured | | No Claim Filed |
| 29. | Hooters Card | Unsecured | | No Claim Filed |
| 30. | CitiMortgage Inc | Unsecured | | No Claim Filed |
| 31. | Wells Fargo Financial Illinois Inc | Unsecured | | No Claim Filed |
| 32. | HSBC | Unsecured | | No Claim Filed |
| 33. | HSBC | Unsecured | | No Claim Filed |
| 34. | Citibank (South Dakota), N.A. | Unsecured | | No Claim Filed |
| | | | $ 37,258.52 | $ 0.00 |

## TRUSTEE FEE DETAIL

Fee Rate       Total Fees

_____
$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*